

# Memorandum

To: The Honorable Paul G. Levenson, U.S. Magistrate Judge

From: Iris Golus, Supervisory U.S. Probation Officer

Date: November 13, 2023

Re: Jairaj Singh Dhillon
Docket # 1:23CR10025-1
**Request for Transfer of Jurisdiction**

---

On June 15, 2023, Mr. Dhillon appeared before Your Honor for sentencing after pleading guilty to Assault Onboard an Aircraft in the Special Aircraft Jurisdiction of the United States, in violation of U.S.C. 49:46506(1) and 18:113(a)(5). On that date, Mr. Dhillon was sentenced to 12 months of probation. Mr. Dhillon's term of supervised release commenced on June 15, 2023, in the Eastern District of California.

As Mr. Dhillon plans to maintain residence in that area, we are recommending that jurisdiction of this case be transferred to the Eastern District of California.

If Your Honor concurs, please sign Part 1 of the attached Transfer of Jurisdiction form.

> */s/Iris Golus*
> Iris Golus
> Supervisory U.S. Probation Officer

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:23CR10025-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jairaj Singh Dhillon<br>Eastern District of California | Massachusetts | |
| | NAME OF SENTENCING JUDGE | |
| | Paul G. Levenson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/15/2023 | TO 06/14/2024 |

OFFENSE

Assault Onboard an Aircraft in the Special Aircraft Jurisdiction of the United States, In Violation of U.S.C. 49:46506(1) and 18:113(a)(5).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Massachusetts

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Hon. Paul G. Levenson, U.S. Magistrate Judge

November 13, 2023
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern   DISTRICT OF  California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*